IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CALVIN C. HOLLOWELL                                                      PLAINTIFF

V.                                      4:19CV00066 JM

JUSTIN MCGREW, Sales Manager, Superior
Dodge Chrysler Jeep; PABLO VILLATORE,
Salesman, Superior Dodge Chrysler Jeep;
KIT COLEMAN, Superior Dodge Chrysler Jeep;
and ALLY BANK                                                            DEFENDANTS

## JUDGMENT

Based upon the Order entered today, this case is DISMISSED.

IT IS SO ORDERED this 8th day of April, 2019.

_____
James M. Moody Jr.
United States District Judge